```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION


DENISE S. HALL,                        )
                                       )
    Plaintiff,                         )
                                       )
vs.                                    ) No. 2:22-cv-02656-SHM-cgc
                                       )
I.Q. DATA INTERNATIONAL, INC.,         )
                                       )
    Defendant.                         )
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 34), docketed August 29, 2024, dismissing the case with prejudice.

# APPROVED:

 */s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| August 29, 2024 | WENDRY R. OLIVER |
| DATE | CLERK |
| | */s/ Jairo Mendez* |
| | (By) DEPUTY CLERK |